```
Court Name: Western District of Oklahoma
Division: 5
Receipt Number: OKW500036622
Cashier ID: cprice
Transaction Date: 11/27/2013
Payer Name: William Heckenkemper
----------------------------------
CIVIL FILING FEE
 For: William Heckenkemper
 Case/Party: D-OKW-5-13-CV-001263-001
 Amount:        $400.00
----------------------------------
CREDIT CARD
 Amt Tendered: $400.00
----------------------------------
Total Due:     $400.00
Total Tendered: $400.00
Change Amt:    $0.00

Filing Fee

Varagon Corp v United Behavioral
Health in et al
CIV-13-1263-D

Return check fee $53
```